ants. WALTER G. HERBERT, as Ancillary Administrator, etc., Impleaded with PHILIP BEROLZHEIMER, as Chamberlain, etc., Appellant.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

THOMAS F. MURRAY v. ROBERT MITCHELL FURNITURE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

THE CONTINENTAL INSURANCE COMPANY and Others v. THE EQUITABLE TRUST COMPANY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

H. M. LASKER, INC., v. NATIONAL SURETY COMPANY. (Action No. 1.) — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

H. M. LASKER, INC., v. NATIONAL SURETY COMPANY. (Action No. 2.) — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

SPENCER WATERS v. MARGARET A. HALL, Formerly MARGARET A. HUNTINGTON, Impleaded, etc.— Motion granted on condition as indicated in memorandum *per curiam*, otherwise motion denied. Settle order on notice. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

GEORGE A. EVALENKO v. ROBERT M. CATTS.— Motion denied and stay vacated. The judgment being a money judgment, an undertaking must be filed to obtain a stay under the provisions of the Civil Practice Act. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

JACK BANKOFF v. MAX ROSENBERG and Others, Impleaded, etc.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted upon filing undertaking prescribed by section 593 of the Civil Practice Act. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

SOLLY BANKOFF, an Infant, etc., v. MAX ROSENBERG and Others, Impleaded, etc.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted upon filing undertaking prescribed by section 593 of the Civil Practice Act. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

SIMEON E. EIDENDRATH v. TIVOLI CONSTRUCTION COMPANY, Impleaded, etc.— Motion granted. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

In the Matter of the PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. DONNELLY v. " MARY " MILLER, First Name Being Fictitious, etc.— Motion granted. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

In the Matter of the Application of the CITY OF NEW YORK (North River, between West 44th St. and West 47th and West 48th Sts., etc.). Estate of BRADISH JOHNSON, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

In the Matter of the Application of the CITY OF NEW YORK (North River, between West 44th St. and West 47th and West 48th Sts., etc.). CONSOLIDATED GAS COMPANY OF NEW YORK, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

In the Matter of the Application of the CITY OF NEW YORK (North River, between West 44th St. and West 47th and West 48th St., etc.). GEORGE J. ELTZ, Appellant.— Motion granted. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.